# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>      *Plaintiff*,<br><br>    v.<br><br>CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,<br>5107 Leesburg Pike, Suite 2519<br>Falls Church, VA 22041,<br><br>JAMES MCHENRY, in his official capacity as Chief Administrative Hearing Officer,<br>5107 Leesburg Pike, Suite 2519<br>Falls Church, VA 22041,<br><br>and<br><br>MERRICK B. GARLAND, in his official capacity as U.S. Attorney General,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530,<br><br>      *Defendants*. | Civil Action No. _____ |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel of record for Space Exploration Technologies Corp. ("SpaceX") hereby certifies that SpaceX has no corporate parent and no publicly held corporation owns ten percent or more of SpaceX's outstanding common stock.

Dated: September 15, 2023            Respectfully submitted,

                                                 */s/ Laura P. Warrick*

Laura P. Warrick
  Attorney-in-Charge
  Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse
  Of Counsel
  D.C. Bar No. 978722 (*pro hac vice* to be filed)
Charles F. Connolly
  Of Counsel
  D.C. Bar No.  455969 (*pro hac vice* to be filed)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com
cconnolly@akingump.com

*Counsel to Plaintiff Space Exploration Technologies Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2023, the foregoing document was served on Defendants by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system and/or by first class mail.

*/s/ Laura P. Warrick*