UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | |
|---|---|---|---|
| | Space Exploration Technologies Corp. | | |
| | *versus* | | |
| | Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James Tysse<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 887-4000; jtysse@akingump.com<br>DC 978722<br>U.S. District Court for the District of Columbia |
|---|---|

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __    No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:     9/15/2023 | Signed:                    /s/James Tysse |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____

United States District Judge