UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | |
|---|---|---|---|
| | Space Exploration Technologies Corp. | | |
| | *versus* | | |
| | Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al. | | |

| | |
|---|---|
| Lawyer's Name | Charles Connolly |
| Firm | Akin Gump Strauss Hauer & Feld LLP |
| Street | 2001 K Street, N.W. |
| City & Zip Code | Washington, D.C. 20006 |
| Telephone & Email | (202) 887-4000; cconnolly@akingump.com |
| Licensed: State & Number | DC 455969 |
| Federal Bar & Number | U.S. District Court for the District of Maryland 15179 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |

Has applicant been sanctioned by any bar association or court? Yes __ __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/15/2023 | Signed: | /s/Charles Connolly |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:      Clerk's signature

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                                        United States District Judge