AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br> *Plaintiff* <br> v. <br> BELL, et al <br> *Defendant* | Case No. 1:23-cv-00137 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date:   09/26/2023

/s/ Kuntal Cholera
*Attorney's signature*

Kuntal Cholera (D.C. Bar 1031523)
*Printed name and bar number*

1100 L St. NW
Washington, D.C. 20005

*Address*

kuntal.cholera@usdoj.gov
*E-mail address*

(202) 305-8645
*Telephone number*

*FAX number*