AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Space Exploration Technologies Corp. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00137 |
| Carol Bell, Chief Administrative Law Judge, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants                                                                           .

Date:   09/26/2023

/s/ Cynthia Liao
*Attorney's signature*

Cynthia Liao, CA Bar. No. 301818
*Printed name and bar number*

1100 L St. NW
Washington, DC 20005

*Address*

cynthia.f.liao@usdoj.gov
*E-mail address*

(202) 531-1325
*Telephone number*

*FAX number*