UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer; JAMES MCHENRY, in his official capacity as Chief Administrative Hearing Officer; and MERRICK B. GARLAND, in his official capacity as U.S. Attorney General, <br><br> *Defendants*. | Civ. Action No. 1:23-cv-00137 |

### JOINT UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS

Plaintiff Space Exploration Technologies Corporation (SpaceX) hereby moves to extend the page limit for SpaceX's memorandum in support of its motion for a preliminary injunction to 25 pages. This five-page extension is necessary given the complexity of SpaceX's arguments, which include multiple constitutional claims and detailed application of the preliminary injunction factors. Defendants consent to this request so long as the Court likewise extends the page limit for their response to SpaceX's motion for a preliminary injunction to 25 pages. Plaintiff consents to this request for a reciprocal extension.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Laura Warrick |
| Dated:  September 26, 2023 | Laura Warrick |

Attorney-in-Charge
Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse (*pro hac vice application filed*)
 Of Counsel
 D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice application filed*)
 Of Counsel
 D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com
cconnolly@akingump.com

*Counsel to Plaintiff Space Exploration Technologies Corp.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

 /s/ Kuntal Cholera
KUNTAL CHOLERA (Bar #1031523)
Trial Attorney, Attorney-in-Charge
 CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov
Telephone: (202) 305-8645
Cynthia.F.Liao@usdoj.gov
Telephone: (202) 531-1325
Fax: (202) 616-8470

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

    /s/ Laura Warrick
Laura Warrick