# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

SPACE EXPLORATION TECHNOLOGIES
CORP.,
1 Rocket Road,
Hawthorne, CA 90250

*Plaintiff,*

v.

CAROL BELL, in her official capacity as
Administrative Law Judge of the Office of the
Chief Administrative Hearing Officer,
5107 Leesburg Pike,
Falls Church, VA 22041,

JAMES MCHENRY, in his official capacity as
Chief Administrative Hearing Officer,
5107 Leesburg Pike,
Falls Church, VA 22041,

and

MERRICK B. GARLAND, in his official capacity
as U.S. Attorney General,
950 Pennsylvania Avenue NW
Washington, DC 20530.

*Defendants.*

Civ. Action No. 1:23-cv-00137

## DECLARATION OF JAMIN GALLMAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

My name is Jamin Gallman, and I am Director of Human Resources, Diversity, and Learning at Space Exploration Technologies Corp. (SpaceX).  In this role, I manage SpaceX's Diversity & Inclusion, new employee onboarding, and learning development teams. I also manage the Human Resources team at SpaceX's Starbase facility in Boca Chica, Texas.  My team is responsible for all employee relations at the Starbase facility.  I make this declaration pursuant to 28 U.S.C. § 1746 under penalty of perjury:

1.      SpaceX was founded in 2002 in a small warehouse in El Segundo, California with the audacious goal of making life multiplanetary.

2.      Today the company operates two primary businesses in furtherance of that objective:  a space launch business and a global satellite-based internet service, known as Starlink.

3.      SpaceX's space launch business designs, manufactures, and launches advanced rockets and spacecraft to take customer payloads to space, including satellites, cargo for the International Space Station, NASA and its international partner astronauts, and other human spaceflight participants.  Customers of SpaceX's launch business include NASA and various U.S. government defense and intelligence agencies, foreign governments, domestic and international satellite operators and telecommunications companies, scientific and educational institutions, and others.  As of today, SpaceX is the world's leading launch services provider.  In 2022, SpaceX completed 61 missions, including missions for a variety of U.S. government and commercial customers as well as Starlink missions to rapidly deploy that constellation.  As of early September 2023, SpaceX has already completed 64 launches, beating the prior year's total.

4.      SpaceX is also developing Starship, the most powerful rocket ever built.  Starship is fully reusable and will enable humans to travel to the Moon, Mars, and other destinations in the

solar system.  NASA has selected Starship to deliver the next American astronauts to and from the surface of the Moon as part of the Artemis program.

5.      SpaceX's satellite business designs, manufactures, launches, and operates advanced communications satellites.  This business includes Starlink, the world's most advanced satellite-based internet service.  Starlink uses a low Earth orbit satellite constellation—already the world's largest at more than 4,500 satellites and counting—and ground infrastructure around the globe to deliver low-latency, high-speed internet capable of supporting streaming, video calls, and more.

6.      SpaceX's accomplishments have enabled the company to grow rapidly, especially in recent years.  The company currently employs more than 13,000 people in facilities around the country, including in its Starbase manufacturing and launch facility in Boca Chica, Texas, its rocket development facility in McGregor, Texas, and its facilities in Florida, Washington State, California, and Washington, D.C.

7.      Throughout its rapid growth, SpaceX has always sought, and continues to seek, to hire the most talented people possible.  This demanding approach to hiring has been critical to SpaceX's accomplishments to date and will be critical to its continued success.

8.      Fortunately for SpaceX, openings at the company typically attract many applicants, and SpaceX frequently receives hundreds of applications for a single position.  For years, engineering students in the United States have rated the company as among the most attractive employers in the United States.

9.      During the September 2018 to May 2022 period, SpaceX posted around 11,500 jobs to its careers site and received more than 1,084,000 applications (an average of more than 90 applications per job posting).  For engineering positions, the average is over 100 applications per

job posted.  This enables SpaceX to be highly selective: only about 1% of applications result in a hire.

10.     SpaceX's Starbase facility in Boca Chica, Texas, is SpaceX's fastest-growing facility and employs thirteen human resources professionals, including six full-time recruiting employees.  The Starbase facility advertised for 1,451 distinct positions during the September 2018-May 2022 period and received approximately 72,000 applications (of whom about 170 were from self-identified refugees and asylees).

11.     Absent any legal or regulatory restrictions, SpaceX would hire the most talented people on Earth regardless of their origin.  In fact, SpaceX has hired hundreds of noncitizens, including individuals who were not U.S. Persons under the International Traffic in Arms Regulations (ITAR)—the regime that strictly controls the export of defense related technology to safeguard national security—and who required SpaceX to seek special licenses from the U.S. government so SpaceX could employ them.

12.     But because SpaceX designs and manufactures sensitive technologies, including technologies with military applications, SpaceX faces legal mandates under export control laws and regulations, as well as under some of its government contracts, that affect its hiring discretion.  For example, the technology and data associated with the work SpaceX is doing at Starbase in Texas—*i.e.*, developing, building, testing, and launching Starship—is substantially controlled under the ITAR, the Missile Technology Control Regime Category IV, and the Export Administration Regulations.  Every SpaceX employee has access to technology and data controlled by these statutory and regulatory regimes.

13.     Individuals applying for positions at SpaceX are asked as part of the process to self-identify their immigration status to help SpaceX assess whether they are U.S. Persons for ITAR

purposes.  In SpaceX's experience, many applicants who self-identify as asylees or refugees are not in fact asylees or refugees and therefore not in fact U.S. Persons.

14.     Nevertheless, throughout the recruitment and hiring process and across its facilities nationwide, SpaceX follows strict policies and procedures to both ensure compliance with all export control laws and regulations and prevent any unlawful discrimination, including discrimination against refugees and asylees.  The company's training materials, recruiting efforts, and job descriptions reflect those legally compliant policies.

15.     On August 23, 2023, the Immigrant and Employee Rights Section of the DOJ filed a complaint with OCAHO alleging that "[f]rom at least September 2018 to at least May 2022, SpaceX discriminated against asylees and refugees throughout its hiring process, including during recruiting, screening, and selection," in purported violation of Section 1324b(a)(1)(B).  OCAHO Compl. ¶¶ 1, 13.

16.     Among other things, the government seeks an order requiring SpaceX to (1) "cease and desist from" and "take affirmative steps to address" the practices alleged; (2) "pay an appropriate civil penalty . . . for each individual discriminated against"; (3) "provide fair consideration to" rejected or deterred applicants; (4) "hire applicants who were victims of the discriminatory practices alleged . . . and were qualified for employment"; and (5) "pay back pay, including interest, and all other relief available to each individual discriminated against who was qualified and who is found to have suffered uncompensated lost wages due to denied or delayed employment as a result of the discriminatory practices alleged," along with "such additional relief as justice may require."  OCAHO Compl. 12.

17.     Because the DOJ is seeking relief on behalf of all individuals who self-identified as refugees and asylees—likely including individuals who may not qualify for either status—goes

well beyond the remedies IER is authorized to seek. Further, if this Court sanctioned such relief, it could trigger significant burdens for SpaceX under U.S. export control laws.

18. I expect that the litigation before Judge Bell will involve substantial factfinding and adjudicative proceedings. Among other things, I expect that the litigation will require Judge Bell to oversee intrusive discovery; to decide various legal issues, including on the appropriate legal standard for pattern or practice of violations and discriminatory intent; to hold a hearing on the merits; to make extensive factual findings with respect to dozens or perhaps hundreds of alleged victims; and to decide whether to assess civil penalties, award back pay, and/or order coercive injunctive relief.

19. Participating in this litigation—whether SpaceX wins or loses—will result in significant costs, in terms of SpaceX employee time and resources, litigation costs, and attorney's fees. In fact, I have learned that the company has expended significant time and money in both responding to IER's requests and preparing to dispute the IER's allegations with respect to dozens or even hundreds of victims. For example, SpaceX spent over 100 hours of internal employee time, and produced over 1,000 pages, in responding to IER's pre-complaint investigative demand for documents alone. Some, if not all, of the costs SpaceX incurs may never be recovered from the United States.

20. The ongoing unconstitutional proceedings are also causing SpaceX irreparable harm to its business reputation and goodwill. DOJ's actions, including in DOJ's own press releases, have falsely portrayed SpaceX as having intentionally discriminated against asylees and refugees in violation of federal law. DOJ's actions have also drawn significant public attention to DOJ's allegations, which I expect to renew with each new major development in the OCAHO proceedings until they are stayed or dismissed.

21.     Further, the proceedings are likely causing SpaceX irreparable competitive harm. Competition for talent, particularly for engineering talent, is fierce in the aerospace industry. SpaceX's competitors include scores of companies, including multiple "traditional" (*e.g.*, United Launch Alliance, a joint venture between Boeing and Lockheed Martin) and "new space" (*e.g.*, Rocket Lab) launch services providers, satellite manufacturers, telecommunications companies, and many more.  DOJ's actions attempt to falsely brand SpaceX as an employment discriminator, which likely puts SpaceX at a disadvantage relative to its competitors in SpaceX's continued efforts to attract and hire the most talented people on Earth.  Citizens and noncitizens alike are less likely to apply for jobs at a company subject to an ongoing enforcement action based on alleged unlawful hiring practices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of September, 2023

Jamie Gallman