# EXHIBIT C

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE CHIEF ADMINISTRATIVE HEARING OFFICER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Complainant, | ) | |
| | ) | 8 U.S.C. § 1324b Proceeding |
| v. | ) | |
| | ) | OCAHO Case No. 2023B00082 |
| | ) | |
| SPACE EXPLORATION TECHNOLOGIES CORP. | ) | |
| D/B/A SPACEX , | ) | |
| Respondent. | ) | |

NOTICE OF CASE ASSIGNMENT FOR COMPLAINT
ALLEGING UNFAIR IMMIGRATION-RELATED EMPLOYMENT PRACTICES

1. A complaint was filed on August 24, 2023, against Space Exploration Technologies Corp. d/b/a SpaceX (Respondent) by the United States of America (Complainant). A copy of the complaint is attached to this Notice.[1] This case is assigned to the Honorable Carol Bell, Administrative Law Judge.

2. Proceedings in this matter will be conducted according to the OCAHO rules appearing at 28 C.F.R. pt. 68 and the applicable case law.[2] It is imperative that you obtain a copy of the rules immediately and comply with their requirements in this case. A Portable Document Format (PDF) copy (32 pages) is available on the OCAHO webpage at

https://www.justice.gov/eoir/office-of-the-chief-administrative-hearing-officer-regulations. If

---

[1] This Notice of Case Assignment serves as the "Notice of Hearing" referenced in the Office of the Chief Administrative Hearing Officer's (OCAHO) rules. 28 C.F.R. § 68.3 (2011).

[2] Published OCAHO decisions may be accessed on the Executive Office for Immigration Review's (EOIR) website at https://www.justice.gov/eoir/office-of-the-chief-administrative-hearing-officer-decisions, or in the Westlaw database "FIM-OCAHO," or in the LexisNexis database "OCAHO." Hard copy volumes of OCAHO decisions up to and including volume 8 may be located at federal depository libraries nationwide, which may be located at http://catalog.gpo.gov/fdlpdir/FDLPdir.jsp. All volumes after 8 are only available online.

you are unable to access the webpage or print a copy, you may call our office at 703-305-0864 and request that a copy be mailed to you at no charge.

Attorneys and unrepresented parties are advised to read the relevant rules in their entirety prior to filing documents. Attorneys are advised that the OCAHO rules sometimes differ from the Federal Rules of Civil Procedure.

Additionally, attorneys and unrepresented parties are encouraged to review and consult OCAHO's Practice Manual. OCAHO's Practice Manual is available at the following link, and provides an outline of the procedures and rules applicable to OCAHO cases: https://www.justice.gov/eoir/reference-materials/ocaho.

3. OCAHO does not have authority to appoint counsel. 28 C.F.R. § 68.34. Unrepresented parties are encouraged to seek and obtain representation and, if appropriate, to avail themselves of available pro bono resources. Private parties may be represented by an attorney who is a member in good standing of the bar of the highest court of any state, the District of Columbia, or any territory or commonwealth of the United States. 28 C.F.R. § 68.33(c)(1). Attorneys must file a Notice of Appearance as required by 28 C.F.R. § 68.33(f). In limited circumstances subject to the requirements of 28 C.F.R. § 68.33(c)(2), private parties may be represented by law students. Private parties may also be represented by certain non-attorney representatives in appropriate circumstances, in accordance with the requirements in 28 C.F.R. § 68.33(c)(3). Non-attorney representatives who wish to appear before the Administrative Law Judge on behalf of a party must seek approval from the Administrative Law Judge pursuant to 28 C.F.R. § 68.33(c)(3).

2

Private parties may also represent themselves and should file a Notice of Appearance in accordance with 28 C.F.R. § 68.33(f) if they do so.

4. The Respondent has the right to file an answer to the complaint. The answer (and two copies) must be filed within thirty (30) days after receipt of the attached complaint. 28 C.F.R. §§ 68.3(b), 68.9. The filing date is the date on which OCAHO receives the filing. 28 C.F.R. § 68.8(b). If the Respondent fails to file an answer within the time provided, the Respondent may be deemed to have waived his/her right to appear and contest the allegations of the complaint, and the Administrative Law Judge may enter a judgment by default along with any and all appropriate relief. 28 C.F.R. § 68.9(b).

5. All documents filed by either party, including letters, must be filed and served as follows: (i) File one original signed document and two copies, **including** attachments, with the Administrative Law Judge, and serve one copy on each person on the attached Service List. 28 C.F.R. § 68.6(a);

(ii) Effort should be made to avoid filing by facsimile. Filing by facsimile is permitted only to toll a deadline. 28 C.F.R. § 68.6(c). Exhibits and attachments are never to be filed by facsimile; and

(iii) Include a certificate of service indicating the recipient(s), manner and date of service with every filing. 28 C.F.R. § 68.6(a). A document that does not have a certificate of service will be returned to the party filing it.

3

6. Either party may initiate discovery at any time after the answer has been filed. 28 C.F.R. §§ 68.6(b), 68.18–68.23.

7. OCAHO operates a Settlement Officer Program, which is a voluntary program through which the parties can use a settlement officer to mediate settlement negotiations as a means of alternative dispute resolution. The settlement officer may convene and oversee settlement conferences and negotiations, may confer with the parties jointly and/or individually, and will seek voluntary resolution of issues. The parties may request that the presiding Administrative Law Judge refer the case to a settlement officer at any time while proceedings are pending, up to thirty days before the date scheduled for a hearing in the matter. More information about the Settlement Officer Program can be found in the OCAHO Practice Manual: https://www.justice.gov/eoir/reference-materials/ocaho/chapter-4/7.

8. Should the Administrative Law Judge determine that a hearing is required, the Respondent would have the right to appear in person and give testimony at the place and time fixed for the hearing. 28 C.F.R. § 68.39. The hearing will be held at the nearest practicable place to where the Respondent resides or the alleged violation occurred. 28 C.F.R. § 68.5(b).

4

9.  All parties in OCAHO proceedings are expected to act with integrity and in an ethical manner and shall conform their conduct to the Standards of Conduct. 28 C.F.R. § 68.35.

Notice Given By:

JAMES MCHENRY   Digitally signed by JAMES MCHENRY
Date: 2023.09.06 10:54:50 -04'00'

James McHenry
Chief Administrative Hearing Officer
5107 Leesburg Pike, Suite 2500
Falls Church, VA 22041

Attachments

5

UNITED STATES OF AMERICA

v.

SPACE EXPLORATION TECHNOLOGIES CORP.
D/B/A SPACEX

OCAHO CASE NUMBER:  2023B00082

Dated and Mailed: September 6, 2023

## **ALL FURTHER DOCUMENTS RELATING TO THIS CASE ARE TO BE MAILED TO THE FOLLOWING:**

Copies to:    Alberto J. Ruisanchez
Deputy Special Counsel
United States Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
950 Pennsylvania Avenue, NW – 4CON
Washington, DC  20530

Julia Heming Segal
Special Litigation Counsel
United States Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
950 Pennsylvania Avenue, NW – 4CON
Washington, DC  20530

Lisa Sandoval
Laura E. Varela-Addeo
Allena Martin
Trial Attorneys
United States Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
950 Pennsylvania Avenue, NW – 4CON
Washington, DC  20530

6

Charles F. Connolly, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC  20006
(Certified Mail 7019-2280-0002-2397-3124)

Christopher Cardaci
SpaceX Corporate Counsel
1155 F Street, NW
Washington, DC  20004
(Certified Mail 7019-2280-0002-2397-1038)

Corporation Service Company
Registered Agent
251 Little Falls Dr.
Wilmington, DE  19808
(Certified Mail 7019-2280-0002-2397-3421)

Honorable Carol Bell
Administrative Law Judge
5107 Leesburg Pike, Suite 2500
Falls Church, VA  22041
Telephone No. (703) 305-1742
Fax No. (703) 305-1212

7