## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>*Plaintiff,*<br><br>v.<br><br>CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer; JAMES MCHENRY, in his official capacity as Chief Administrative Hearing Officer; MERRICK B. GARLAND, in his official capacity as U.S. Attorney General; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civ. Action No. 1:23-cv-00137 |

## **PROPOSED ORDER**

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction. Upon consideration of the Motion and record thereon, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the pending OCAHO proceedings against SpaceX are hereby ENJOINED.

Dated: _____, 2023

Rolando Olvera
United States District Court Judge

1