United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer; JAMES MCHENRY, in his official capacity as Chief Administrative Hearing Officer; MERRICK B. GARLAND, in his official capacity as U.S. Attorney General; and UNITED STATES OF AMERICA, <br><br> *Defendants.* | Civ. Action No. 1:23-cv-00137 |

**PROPOSED ORDER**
**ON JOINT UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS**

Upon consideration of Joint Unopposed Motion for Leave to Extend Page Limits, it is hereby ordered that the motion is granted.  Plaintiff may file a memorandum in support of its motion for a preliminary injunction not to exceed 25 pages and Defendants may file a memorandum in opposition to the motion for a preliminary injunction not to exceed 25 pages.

SO ORDERED.

Dated: ____September 28____, 2023

_____
Rolando Olvera
United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

  /s/ Laura Warrick
Laura Warrick
  Attorney-in-Charge
  Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse (*pro hac vice application filed*)
  Of Counsel
  D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice application filed*)
  Of Counsel
  D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
jtysse@akingump.com
cconnolly@akingump.com

**Counsel to Plaintiff Space Exploration Technologies Corp.**


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

  /s/ Kuntal Cholera
KUNTAL CHOLERA (Bar #1031523)
Trial Attorney, Attorney-in-Charge
 CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington D.C. 20005
Kuntal.Cholera@usdoj.gov
Telephone: (202) 305-8645
Cynthia.F.Liao@usdoj.gov
Telephone: (202) 531-1325
Fax: (202) 616-8470

**Counsel to Defendants**