UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:23CV137 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al. |

| Lawyer's Name | James Tysse |
|---|---|
| Firm | Akin Gump Strauss Hauer & Feld LLP |
| Street | 2001 K Street, N.W. |
| City & Zip Code | Washington, D.C. 20006 |
| Telephone & Email | (202) 887-4000; jtysse@akingump.com |
| Licensed: State & Number | DC 978722 |
| Federal Bar & Number | U.S. District Court for the District of Columbia |

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/15/2023 | Signed: | /s/James Tysse |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9-18-2023   Clerk's signature  Dahlila Rodriguez |

**Order**

Dated: September 28, 2023

This lawyer is admitted *pro hac vice*.

Ignacio Torteya, III
**United States Magistrate Judge**