Case 1:23-cv-00137   Document 14   Filed on 09/28/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:23cv137 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al.

| Lawyer's Name | Charles Connolly |
|---|---|
| Firm | Akin Gump Strauss Hauer & Feld LLP |
| Street | 2001 K Street, N.W. |
| City & Zip Code | Washington, D.C. 20006 |
| Telephone & Email | (202) 887-4000; cconnolly@akingump.com |
| Licensed: State & Number | DC 455969 |
| Federal Bar & Number | U.S. District Court for the District of Maryland 15179 |

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/15/2023 | Signed: | /s/Charles Connolly |
|---|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 9-18-2023   Clerk's signature: D Rdz

### Order

This lawyer is admitted *pro hac vice*.

Dated: September 28, 2023

Ignacio Torteya, III
United States Magistrate Judge