| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:23-cv-00137 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| Carol Bell, Administrative Law Judge of the Chief Administrative Hearing Officer; James McHenry, Chief Administrative Hearing Officer; Merrick Garland, U.S. Attorney General |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Cynthia Liao<br>U.S. Department of Justice, Civil Division, Federal Programs Branch<br>1100 L St. NW, Washington, DC 20005<br>(202) 531-1325<br>cynthia.f.liao@usdoj.gov<br>CA Bar No. 301818 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/28/2023 | Signed: | /s/ Cynthia Liao |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9/29/2023 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice.*

Dated: _____    _____
United States District Judge