United States District Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:23-cv-00137 |
|---|---|---|---|

| SPACE EXPLORATION TECHNOLOGIES CORP. |
|---|
| *versus* |
| CAROL BELL, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kuntal Cholera<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St NW<br>Washington, DC 20530<br>Tel: (202) 305-4357<br>Email: Kuntal.Cholera@usdoj.gov<br>DC Bar No. 1031523 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/28/2023 | Signed: | /s/ Kuntal Cholera |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 9/29/23    Clerk's signature  [signature]

**Order**

Dated: September 29, 2023

This lawyer is admitted *pro hac vice*.

[signature]
Ignacio Torteya, III
United States Magistrate Judge