# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| Space Exploration Technologies Corp.<br>    *Plaintiff,*<br><br>v.<br><br>Carol Bell, *et al.*,<br>    *Defendants*. | §<br>§<br>§  Civil Action No. 1:23-cv-00137<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, Christopher D. Pineda, appears as lead counsel of record in this lawsuit on behalf of all Federal Defendants.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By: *s/ Christopher D. Pineda*
CHRISTOPHER D. PINEDA
Assistant United States Attorney
S.D. Tex. ID No. 1055715
Texas Bar No. 24070420
**UNITED STATES ATTORNEY'S OFFICE**
**SOUTHERN DISTRICT OF TEXAS**
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2775
E-mail: Christopher.Pineda@usdoj.gov

**Counsel for Federal Defendants**

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on October 2, 2023, a copy of the foregoing was served on counsel of record for Plaintiff via CM/ECF email notification.

*s/ Christopher D. Pineda*
CHRISTOPHER D. PINEDA
Assistant United States Attorney
