# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Space Exploration Technologies Corp.**, *Plaintiff*, v. **Carol Bell, in her official capacity as Chief Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.*, *Defendants*. | Civil Action No. 1:23-cv-00137 |

### [PROPOSED] Order Denying Plaintiff's Motion for a Preliminary Injunction

Upon consideration of the parties' submissions, Plaintiff's Motion for a Preliminary Injunction is DENIED.

**SO ORDERED**

Dated: _____          _____
ROLANDO OLVERA
United States District Judge