United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES, CORP. aka SpaceX, "Plaintiff," | § § § § | |
| v. | § § | Civil Action No. 1:23-cv-00137 |
| CAROL BELL, et al., "Defendants." | § § § | |

### ORDER

Before the Court is Defendants' "Response to Plaintiff's Motion for Preliminary Injunction" ("Response") (Dkt. No. 20). Defendants' Response (Dkt. No. 20) exceeds the Court's 20-page limit for briefs and memoranda in violation of Local Rule 6F.

The Court will grant leave to exceed its page limit in this one instance, but Defendants' attorneys are required to file an affidavit certifying they have read and understand the Court's local rules **by October 24, 2023.** Failure to do so may result in monetary or other sanctions.

In addition, if Plaintiff elects to do so, it may file its reply to Defendants' Response (Dkt. No. 20) **by October 24, 2023**.

Signed on this ___19th___ day of ___October___, 2023.

Rolando Olvera
United States District Judge