United States District Court
Southern District of Texas
**ENTERED**
October 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00137 |
| CAROL BELL, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The Court rescinds its prior Order (Dkt. No. 21). The Court also clarifies that Plaintiff's reply to Defendants' Response to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 20), if any, is due **October 27, 2023**. *See* Local Rule 6D.

Signed on October 23, 2023.

_____
Rolando Olvera
United States District Judge