# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer; JAMES MCHENRY, in his official capacity as Chief Administrative Hearing Officer; MERRICK B. GARLAND, in his official capacity as U.S. Attorney General; and UNITED STATES OF AMERICA, <br><br> *Defendants*. | Civ. Action No. 1:23-cv-00137 |

## PROPOSED ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint for Declaratory and Injunctive Relief. Upon consideration of the Motion and record thereon, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's First Amended Complaint attached to the Motion as Exhibit A shall be deemed filed as of the date of this Order.

SO ORDERED.

Dated: _____, 2023

_____
Rolando Olvera
United States District Judge