AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

SPACE EXPLORATION TECHNOLOGIES CORP.   )
)
)
)
*Plaintiff(s)*                         )
v.                                     )   Civil Action No. 1:23-cv-137
CAROL BELL, in her official capacity as )
Administrative Law Judge of the Office of the Chief )
Administrative Hearing Officer, et al.  )
)
*Defendant(s)*                         )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the
> Chief Administrative Hearing Officer
> 5107 Leesburg Pike, Suite 2519
> Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Laura P. Warrick
> Akin Gump Strauss Hauer & Feld LLP
> 2300 N. Field Street, Suite 1800
> Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 18, 2023

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-137

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

certified, return receipt, first class U.S. mail (cost = $10.45)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/2023

*Christine Patton*
Server's signature

Christine Patton, Senior Paralegal Specialist
*Printed name and title*

Akin, 2300 N. Field Street, Suite 1800, Dallas, TX 75201
*Server's address*

Additional information regarding attempted service, etc:

see attached postmark and return receipt

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

| USPS® ARTICLE NUMBER |
|---|
| 9414 7266 9904 2189 4039 74 |

| | | |
|---|---|---|
| Certified Mail Fee | $ ~~4.00~~ 3.55 | |
| Return Receipt (Hardcopy) | $ ~~3.25~~ 4.35 | |
| Return Receipt (Electronic) | $ 0.00 | Postmark Here |
| Certified Mail Restricted Delivery | $ 0.00 | |
| Postage | $ 2.55 | |
| Total Postage and Fees | $ 10.45 | |

Sent to: Carol Bell, in her official capacity as Admin Law Judge of Office of Chief Admin Hearing O
5107 Leesburg Pike, Suite 2519
Falls Church, VA 22041

**Reference Information**
CM # 696371.0014
C. Patton / L. Warrick

PS Form 3800, Facsimile, July 2015

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2189 4039 77

1. Article Addressed to:
Carol Bell, in her official capacity as Admin Law Judge of Office of Chief Admin Hearing Officer
5107 Leesburg Pike, Suite 2519
Falls Church, VA 22041

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2189 4039 74

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Michael R___*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Michael R___
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail

**Reference Information**
C. Patton / L. Warrick
CM # 696371.0014

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>*Plaintiff(s)*<br>v.<br>CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-137<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JAMES MCHENRY, in his official capacity as Chief Administrative Hearing Officer,
> 5107 Leesburg Pike, Suite 2519
> Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Laura P. Warrick
> Akin Gump Strauss Hauer & Feld LLP
> 2300 N. Field Street, Suite 1800
> Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, *Clerk of Court*

Date: September 18, 2023

s/ *Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-137

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
certified, return receipt, first class U.S. mail (cost = $10.45)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/2023

*Christine Patton*
Server's signature

Christine Patton, Senior Paralegal Specialist
Printed name and title

Akin, 2300 N. Field Street, Suite 1800, Dallas, TX 75201
Server's address

Additional information regarding attempted service, etc:

see attached postmark and return receipt

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2189 4039 81

| | | |
|---|---|---|
| Certified Mail Fee | $ | 4.00 3.55 |
| Return Receipt (Hardcopy) | $ | 3.25 4.85 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.57 2.55 |
| Total Postage and Fees | $ | 7.82 10.95 |

Postmark Here

Sent to: James McHenry, in his capacity as Chief Admin
Hearing Officer
5107 Leesburg Pike, Suite 2519
Falls Church, VA 22041

**Reference Information**
CM # 696371.0014

C. Patton / L. Warrick

PS Form 3800, Facsimile, July 2015

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2189 4039 84

1. Article Addressed to:
James McHenry, in his capacity as Chief Admin
Hearing Officer
5107 Leesburg Pike, Suite 2519
Falls Church, VA 22041

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2189 4039 81

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Michael Rob____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Michael Robin

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail

**Reference Information**
C. Patton / L. Warrick
CM # 696371.0014

PS Form 3811, Facsimile, July 2015                    Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>*Plaintiff(s)*<br>v.<br>CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-137 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    MERRICK B. GARLAND, in his official capacity as U.S. Attorney General,
    950 Pennsylvania Avenue NW
    Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Laura P. Warrick
    Akin Gump Strauss Hauer & Feld LLP
    2300 N. Field Street, Suite 1800
    Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: September 18, 2023

*s/ Jennifer Longoria*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-137

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
certified, return receipt, first class U.S. mail (cost = $10.45)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/2023

*Christine Patton*
Server's signature

Christine Patton, Senior Paralegal Specialist
Printed name and title

Akin, 2300 N. Field Street, Suite 1800, Dallas, TX 75201
Server's address

Additional information regarding attempted service, etc:

see attached postmark and proof of delivery

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2189 4039 98

| | |
|---|---|
| Certified Mail Fee | $ ~~4.00~~ 3.55 |
| Return Receipt (Hardcopy) | $ ~~3.25~~ 4.35 |
| Return Receipt (Electronic) | $ 0.00 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ ~~0.57~~ 2.55 |
| Total Postage and Fees | $ ~~2.82~~ 10.45 |

Postmark Here

Sent to: Merrick B. Garland, in his official capacity as
U. S. Attorney General
950 Pennsylvania Ave, N.W.
Washington, DC 20530

**Reference Information**

CM # 696371.0014

C. Patton / L. Warrick

PS Form 3800, Facsimile, July 2015

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414726699042189403998

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:58 am on October 10, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
October 10, 2023, 4:58 am

### Available for Pickup
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
October 6, 2023, 1:21 pm

### Arrived at Post Office
WASHINGTON, DC 20018
October 6, 2023, 12:50 pm

### In Transit to Next Facility
September 23, 2023

### Departed USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER
September 19, 2023, 2:50 am

### Arrived at USPS Regional Facility

COPPELL TX DISTRIBUTION CENTER
September 19, 2023, 1:35 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>*Plaintiff(s)*<br>v.<br>CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-137 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas
c/o Civil Process Clerk
United States Attorney's Office
1000 Louisiana St., Suite 2300
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Laura P. Warrick
> Akin Gump Strauss Hauer & Feld LLP
> 2300 N. Field Street, Suite 1800
> Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: September 18, 2023

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-137

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
certified, return receipt, first class U.S. mail (cost = $10.45)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/2023

*Christine Patton* (signature)

Server's signature

Christine Patton, Senior Paralegal Specialist

Printed name and title

Akin, 2300 N. Field Street, Suite 1800, Dallas, TX 75201

Server's address

Additional information regarding attempted service, etc:
see attached postmark, return receipt and email confirmation

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2189 4040 01

| | |
|---|---|
| Certified Mail Fee | $ 4.00  3.55 |
| Return Receipt (Hardcopy) | $ 3.25  4.35 |
| Return Receipt (Electronic) | $ 0.00 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.57  2.55 |
| Total Postage and Fees | $ 7.82  10.45 |

Postmark Here — SEP 18 2023

Sent to: Alamdar S. Hamdani, U.S. Attorney
Southern District of Texas
c/o Civil Process Clerk
United States Attorney's Office
1000 Louisiana St., Suite 2300
Houston, TX 77002

**Reference Information**
CM # 696371.0014
C. Patton / Laura Warrick

PS Form 3800, Facsimile, July 2015

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2189 4040 04

1. Article Addressed to:
Alamdar S. Hamdani, U.S. Attorney
Southern District of Texas
c/o Civil Process Clerk
United States Attorney's Office
1000 Louisiana St., Suite 2300
Houston, TX 77002

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2189 4040 01

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 9/20/23
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail

**Reference Information**
C. Patton / Laura Warrick
CM # 696371.0014

PS Form 3811, Facsimile, July 2015                 Domestic Return Receipt

# Patton, Christine

| | |
|---|---|
| **From:** | Hu, Daniel (USATXS) <Daniel.Hu@usdoj.gov> |
| **Sent:** | Monday, September 18, 2023 7:32 PM |
| **To:** | Warrick, Laura; USATXS-CivilNotice |
| **Cc:** | Tysse, James; Connolly, Chuck; Patton, Christine; Hicks, Adria |
| **Subject:** | RE: Case 1:23-cv-00137 Space Exploration Technologies Corp v. Bell et al |

**\*\*EXTERNAL Email\*\***

Service acknowledged

---

**From:** Warrick, Laura <lwarrick@akingump.com>
**Sent:** Monday, September 18, 2023 1:21 PM
**To:** USATXS-CivilNotice <USATXS-CivilNotice@usa.doj.gov>
**Cc:** Tysse, James <jtysse@akingump.com>; Connolly, Chuck <cconnolly@akingump.com>; Patton, Christine <CPatton@akingump.com>; Hicks, Adria <AHicks@AKINGUMP.com>
**Subject:** [EXTERNAL] Case 1:23-cv-00137 Space Exploration Technologies Corp v. Bell et al

Good afternoon –

In the attached ZIP folder, please find a copy of the summons and complaint for the above-captioned case. I have also included a copy of the docket sheet, the corporate disclosure statement, and pro hac vice motions for James Tysse and Chuck Connolly. You will also receive these materials via CMRRR with the following tracking number: 9414 7266 9904 2189 4040 01.

Please provide an email acknowledgement that you received this email. Don't hesitate to reach out if you have any questions.

Thank you –
Laura

**Laura P Warrick**
**Akin**
**Dallas**
2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.4770 | Internal: 14770
**Fort Worth**
201 Main Street | Suite 1600 | Ft. Worth, TX 76102 | USA | Direct: +1 817.886.5060 | Internal: 15060
Fax: +1 214.969.4343 | lwarrick@akingump.com | akingump.com | Bio

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

1