UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Space Exploration Technologies Corp.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**Carol Bell, in her official capacity as Chief Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.*,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00137 |

**[PROPOSED] Order Denying Plaintiff's
Motion for a Preliminary Injunction and
Motion for Leave to File First Amended Complaint**

Upon consideration of the parties' submissions, Plaintiff's Motion for a Preliminary Injunction [ECF No. 11] and Motion for Leave to File First Amended Complaint for Declaratory and Injunctive Relief [ECF No. 23] are DENIED.

**SO ORDERED**

Dated: _____

_____
ROLANDO OLVERA
United States District Judge