# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **Space Exploration Technologies Corp.,** *Plaintiff*, v. **Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.*, *Defendants*. | Civil Action No. 1:23-cv-00137 |

**UNOPPOSED MOTION TO STAY ANSWER DEADLINE**

Defendants respectfully move the Court to stay their deadline to respond to Plaintiff's Complaint, and to require the parties to instead file a status report concerning further proceedings by January 22, 2024 or, if Defendants appeal the Court's preliminary injunction order, fourteen (14) days after those appellate proceedings have completed, whichever is later.

1. On September 26, 2023, Plaintiff moved for a preliminary injunction based on four Constitutional claims. *See* ECF No. 11. On November 8, 2023, the Court granted in part Plaintiff's motion. *See* ECF No. 28.

2. Defendants' current deadline to respond to Plaintiff's Complaint is November 17, 2023. Defendants, however, are considering whether to request that the Solicitor General authorize appeal of the Court's preliminary injunction order, *see* 28 C.F.R. § 0.20(b), and the resolution of any authorized appeal could affect how Defendants respond to the Complaint and how the parties believe this litigation may most efficiently be resolved.

3. In addition, Plaintiff's motion for leave to file an amended complaint, which has been fully briefed by the parties, remains pending. *See* ECF No. 23, 26, 27. If the motion is granted, it would be more efficient for Defendants to simply respond to the amended complaint.

4. Accordingly, Defendants respectfully request that the Court stay their deadline to respond to Plaintiff's Complaint. The Court should order the parties to file a joint status report concerning further proceedings in this matter by January 22, 2024—fourteen (14) days after Defendants' deadline for appealing the preliminary injunction order has passed—or, if Defendants appeal the preliminary injunction order, fourteen (14) days after those appellate proceedings are complete, whichever is later.

5. Defendants have conferred with Plaintiff, and Plaintiff consents to this motion.

Dated: November 13, 2023

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DANIEL DAVID HU
Chief, Civil Division

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Christopher Pineda*
CHRISTOPHER PINEDA
S.D. Tex. No. 1055715
Texas Bar No. 24070420
Assistant United States Attorney
Attorney in Charge
600 E. Harrison, Suite 201
Brownsville, TX 78520
Christopher.Pineda@usdoj.gov

*Counsel for Defendants*

*/s/ Kuntal Cholera*
KUNTAL CHOLERA (D.C. Bar No. 1031523)
Trial Attorney, Attorney in Charge
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov
Telephone: (202) 305-8645
Cynthia.F.Liao@usdoj.gov
Telephone: (202) 531-1325
Fax: (202) 616-8470

Unopposed:[1]

   */s/ Laura Warrick*
Laura Warrick
 Attorney-in-Charge
 Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse (*pro hac vice*)
 Of Counsel
 D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice*)
 Of Counsel
 D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

*Counsel to Plaintiff Space Exploration Technologies Corp.*

---

[1] Plaintiff's counsel's signature is included in this unopposed motion, pursuant to the Court's Local Civil Procedure Rule 6(H) (eff. March 8, 2023).

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **Space Exploration Technologies Corp.,**  *Plaintiff,*  v.  **Carol Bell, in her official capacity as Chief Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.,*  *Defendants*. | Civil Action No. 1:23-cv-00137 |

### ORDER

Defendants' Motion to Stay Answer Deadline is **GRANTED**. The Court **STAYS** Defendants' deadline to respond to Plaintiff's Complaint. The Court **ORDERS** the parties to file a joint status report concerning further proceedings in this matter by January 22, 2024, or if Defendants appeal the Court's preliminary injunction order, fourteen (14) days after those appellate proceedings have completed, whichever is later.

 

_____
The Hon. Judge Rolando Olvera

Agreed/Unopposed:

| | |
|---|---|
| *s/ Kuntal Cholera* | November 13, 2023 |
| Attorney-in-Charge, Defendants | Date |
| | |
| *s/ Christopher D. Pineda* | November 13, 2023 |
| Attorney-in-Charge, Defendants | Date |
| | |
| */s/ Laura Warrick w/ permission* | November 13, 2023 |
| Attorney-in-Charge, Plaintiff | Date |