UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Space Exploration Technologies Corp.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.*,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00137 |

**JOINT STATUS REPORT**

On November 16, 2023, the Court stayed all proceedings in this matter until January 22, 2024, and ordered the parties to file, by January 22, a joint status report concerning further proceedings in this matter. *See* ECF No. 30. The parties have conferred, and would propose the following to reach a final judgment in this matter:

1. The parties will proceed to summary judgment motion ("MSJ") briefing, consistent with the following schedule:

    | | |
    |---|---|
    | 3/22/24 | Defendants file their MSJ |
    | 5/21/24 | Plaintiff files its cross-MSJ and response to Defendants' MSJ |
    | 6/20/24 | Defendants file a reply in support of their MSJ/response to Plaintiffs' MSJ |
    | 7/22/24 | Plaintiff files a reply in support of its cross-MSJ |

2. The opening brief for each side may be up to thirty (30) pages in length, and the reply brief for each side may be up to twenty (20) pages in length.

1

3. Further, given that this case involves only legal questions, neither side will be required to file a statement of facts along with its summary judgment motion, and Defendants will be relieved of their obligation to file an Answer.

The parties agree that the aforementioned process will allow the parties to efficiently brief, and the Court to efficiently resolve, all claims in this matter. To assist the Court, a Proposed Order is appended.

| | |
|---|---|
| Dated: January 22, 2024 | Respectfully submitted, |
| ALAMDAR S. HAMDANI<br>United States Attorney<br>Southern District of Texas | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | CHRISTOPHER HALL<br>Assistant Director, Federal Programs Branch |
| DANIEL DAVID HU<br>Chief, Civil Division | |
| | */s/ Kuntal Cholera* |
| */s/ Christopher Pineda* | KUNTAL CHOLERA (D.C. Bar No. 1031523) |
| CHRISTOPHER PINEDA | Trial Attorney, Attorney in Charge |
| S.D. Tex. No. 1055715 | CYNTHIA LIAO (CA Bar No. 301818) |
| Texas Bar No. 24070420 | Trial Attorney |
| Assistant United States Attorney | U.S. Department of Justice |
| Attorney in Charge | Civil Division, Federal Programs Branch |
| 600 E. Harrison, Suite 201 | 1100 L. Street, NW |
| Brownsville, TX 78520 | Washington D.C. 20005 |
| Christopher.Pineda@usdoj.gov | Kuntal.Cholera@usdoj.gov |
| | Telephone: (202) 305-8645 |
| *Counsel for Defendants* | Cynthia.F.Liao@usdoj.gov |
| | Telephone: (202) 531-1325 |
| | Fax: (202) 616-8470 |

  */s/ James E. Tysse*

James E. Tysse (*pro hac vice*)
 Of Counsel
 D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice*)
 Of Counsel

2

D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

Laura Warrick
Attorney-in-Charge
Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

*Counsel to Plaintiff Space Exploration Technologies Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **Space Exploration Technologies Corp.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Carol Bell, in her official capacity as Chief Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.*,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00137 |

**PROPOSED ORDER**

Consistent with the parties' January 22, 2024 Joint Status Report, it is hereby **ORDERED** that:

1. The parties will brief cross-motions for summary judgment consistent with the following schedule:

    | | |
    |---|---|
    | 3/22/24 | Defendants file their MSJ |
    | 5/21/24 | Plaintiff files its cross-MSJ and response to Defendants' MSJ |
    | 6/20/24 | Defendants file a reply in support of their MSJ/response to Plaintiffs' MSJ |
    | 7/22/24 | Plaintiff files a reply in support of its cross-MSJ |

2. The opening brief for each side may be up to thirty (30) pages, and the reply brief for each side may be up to twenty (20) pages.

3. Neither party will be required to file a statement of facts along with its motion for summary judgment.

4

4.  Defendants are relieved of their obligation to file an Answer to the operative complaint.

_____
The Hon. Judge Ignacio Torteya, III