United States District Court
Southern District of Texas
**ENTERED**
January 24, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., *Plaintiff* <br><br> v. <br><br> CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et. al., *Defendants* | Civil Action No. 1:23-cv-137 |

## ORDER

The Court is in receipt of the parties' "Joint Status Report" (parties' "Report"). Dkt. No. 32. In their Report, the parties assert that the case only involves questions of law and propose a scheduling for filing of summary judgment motions ("MSJ") to reach a final judgment. *Id.* The parties request leave to file excess pages for their opening MSJ briefs. *Id.* Defendants further request they be relieved of their obligation to file an answer to the Complaint. *Id.* The Court finds that the parties' requests have merit and are hereby **GRANTED**.

The Court will issue a scheduling order which incorporates the parties' proposed deadlines. After consideration of the parties' MSJs and replies as set forth in the Report, as requested, the Court will enter a final judgment.

**SO ORDERED**.

SIGNED on this **24th** day of **January, 2024, at Brownsville, Texas.**

_____
**Ignacio Torteya, III
United States Magistrate Judge**