United States District Court
Southern District of Texas
**ENTERED**
January 24, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., *Plaintiff* | § § § § § | |
| v. | § § § § | Civil Action No. 1:23-cv-137 |
| CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et. al., *Defendants* | § § § § § § § | |

## **SCHEDULING ORDER**

1. Defendants shall file their motion for summary judgment ("MSJ") no later than           03/22/24

2. Plaintiff's shall file their cross-MSJ no later than           05/21/24

3. Plaintiff's response to Defendants' MSJ, if any, shall be filed no later than           05/21/24

4. Defendants' reply in support of their MSJ, if any, shall be filed no later than           06/20/24

5. Defendants' response to Plaintiff's MSJ, if any, shall be filed no later than           06/20/24

6. Plaintiff's reply in support of its cross-MSJ, if any, shall be filed no later than           07/22/24

SIGNED on this **24th** day of **January, 2024** at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**