## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Space Exploration Technologies Corp.,** *SpaceX,* v. **Carol Bell, in her official capacity as an Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.,* *Defendants*. | Civil Action No. 1:23-cv-00137 |

### [Proposed] Order

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary is **GRANTED** for the reasons set forth therein.

It is **SO ORDERED** this ____day of _____, 2024.

_____
The Honorable Rolando Olvera
United States District Judge