United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., *Plaintiff,* § § § § § | |
| | Civil Action No. 1:23-cv-137 |
| v. § § § | |
| CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et. al., *Defendants.* § § § § § § | |

## ORDER

The Court is in receipt of Defendants' "Consent Motion for Extension of Time to File Defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment" (Defendants' "Motion"). Dkt. No. 37. The Court finds that Defendants' Motion has merit. Defendants' Motion is, therefore, **GRANTED.** Defendants' have until **July 11, 2024,** to file their reply in support of Defendants' motion for summary judgment and response to Plaintiff's cross-motion for summary judgment. Plaintiff has until **August 30, 2024**, to file its reply in support of Plaintiff's cross-motion for summary judgment.

**SIGNED** on this **29th** day of **May, 2024,** at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge