UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Space Exploration Technologies Corp.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**Carol Bell, in her official capacity as Chief Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.*,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00137 |

**DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully request leave to further extend their deadline to file a reply brief in support of Defendants' motion for summary judgment ("MSJ") and a response to Plaintiff's cross-MSJ from July 11 to August 16, 2024. Should this request be granted, the Court should also extend Plaintiff's deadline to file a reply brief in support of its cross-MSJ from August 30 to October 18, 2024. Plaintiff does not oppose this request. As good cause, Defendants offer the following:

1. On September 15, 2023, Plaintiff filed its Complaint, challenging the constitutionality of certain administrative proceedings initiated against it by the Department of Justice, Immigrant and Employee Rights Section, pursuant to 8 U.S.C. § 1324b. Defendant Administrative Law Judge ("ALJ") Carol Bell, within the Office of the Chief Administrative Hearing Officer ("OCAHO"), presides over these proceedings. ECF No. 1.

1

2. On November 8, 2023, the Court granted Plaintiff's motion for a preliminary injunction, and stayed the ALJ proceedings. ECF No. 28.

3. The operative complaint alleges that OCAHO ALJs' appointments violate the Appointments Clause (Count I); that the ALJs' statutory removal protections violate Article II (Count II); that the ALJ proceedings violate Article III and the Seventh Amendment (Count III and IV); and that a rule promulgated by the Attorney General addressing administrative appellate review of ALJ decisions in § 1324b cases violates the Administrative Procedure Act (Count V). First Amend. Compl. ¶¶ 50-89, ECF No. 31.

4. On January 24, 2024, the Court set a four-brief schedule for summary judgment. ECF Nos. 32, 33, 34. Defendants filed their MSJ on March 22, 2024, and Plaintiff filed its cross-MSJ and opposition to Defendants' MSJ on May 21, 2024. ECF Nos. 35, 36.

5. After one extension, Defendants' reply brief in support of their MSJ and response to Plaintiffs' cross-MSJ is due on July 11, 2024, and Plaintiff's reply brief is due on August 30, 2024. Order, ECF No. 38.

6. Last Thursday, June 27, 2028, the Supreme Court decided *SEC v. Jarkesy*, ---S. Ct.---, No. 22-859, 2024 WL 3187811 (U.S. June 27, 2024). *Jarkesy* held that defendants facing a securities fraud suit for civil penalties brought by the Securities & Exchange Commission (SEC) were entitled to a jury trial under the Seventh Amendment.

7. An extension of the last two summary judgment briefing deadlines to August 16 and October 18, 2024 is needed to allow the government sufficient time for internal consultation and coordination on the potential impact of *Jarkesy* on the Seventh Amendment and Article III issues in this case (Counts III and IV) as well as in numerous other cases across the country involving other agencies.

8. One prior extension has been requested of these deadlines. No party would be prejudiced by a second extension, as this Court has preliminarily enjoined the underlying ALJ proceeding.

9. Defendants' counsel has conferred with Plaintiff's counsel. Plaintiff does not object to this motion.

Accordingly, Defendants respectfully request that the Court extend Defendants' deadline to file a reply brief/response to August 16, 2024. Should this request be granted, the Court should also extend Plaintiff's reply brief deadline to October 18, 2024.

Dated: July 3, 2024

ALAMDAR S. HAMDANI
United States Attorney

DANIEL DAVID HU
Chief, Civil Division

*/s/ Christopher Pineda*
CHRISTOPHER PINEDA
Southern District No. 1055715
Texas Bar No. 24070420
Assistant United States Attorney
Attorney in Charge
600 E. Harrison, Suite 201
Brownsville, TX 78520
Christopher.Pineda@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Cynthia Liao*
KUNTAL CHOLERA (D.C. Bar No. 1031523)
Trial Attorney, Attorney in Charge
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov
Telephone: (202) 305-8645
Cynthia.F.Liao@usdoj.gov
Telephone: (202) 531-1325
Fax: (202) 616-8470

Unopposed:[1]

*/s/ Laura Warrick (with permission)*
Laura Warrick
Attorney-in-Charge
Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse (*pro hac vice*)
Of Counsel
D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice*)
Of Counsel
D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com

*Counsel to Plaintiff Space Exploration Technologies Corp.*

---

[1] Plaintiff's counsel's signature is included in this unopposed motion, pursuant to the Court's Local Civil Procedure Rule 6.H. (eff. Feb. 8, 2024).