United States District Court
Southern District of Texas
**ENTERED**
July 05, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., *Plaintiff,* § § § § § | |
| v. § § § | Civil Action No. 1:23-cv-137 |
| CAROL BELL, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et. al., *Defendants.* § § § § § § | |

## ORDER

The Court is in receipt of Defendants' "Unopposed Second Motion for Extension of Time to File Defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment" (Defendants' "Motion"). Dkt. No. 39. The Court finds that Defendants' Motion has merit. Defendants' Motion is, therefore, **GRANTED.** Defendants have until **August 16, 2024,** to file their reply in support of Defendants' motion for summary judgment and response to Plaintiff's cross-motion for summary judgment. Plaintiff has until **October 18, 2024**, to file its reply in support of Plaintiff's cross-motion for summary judgment.

**SIGNED** on this **5th** day of **July, 2024,** at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**