UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Space Exploration Technologies Corp.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et. al.*,<br><br>*Defendants*. | Civil Action No. 1:23-cv-00137 |

**UNOPPOSED MOTION TO STAY CASE FOR 45 DAYS**

Defendants respectfully request that the Court stay this case. Plaintiffs do not oppose this request.

On November 8, 2023, this Court issued a preliminary injunction order staying the administrative proceeding, *United States v. Space Exploration Techs. Corp.*, No. 2023B00082 (OCAHO filed Aug. 23, 2023), that Plaintiff is challenging in this case. *See* First Am. Compl. ¶ 2, ECF No. 31; Order at 9 (Nov. 8, 2023), ECF No. 28. Since then, the parties have filed cross-motions for summary judgment, which are currently pending before the Court. ECF Nos. 35, 36, 45, 46.

The Department of Justice is currently exploring actions that could resolve this case. Accordingly, Defendants respectfully request that the Court stay this case for 45 days to allow Defendants to explore whether such actions are possible.

1

Dated:  January 19, 2025                                        Respectfully submitted,

*Counsel for Defendants:*

| | |
|---|---|
| ALAMDAR S. HAMDANI | BRIAN M. BOYNTON |
| United States Attorney | Principal Deputy Assistant Attorney General |
| | |
| DANIEL DAVID HU | CHRISTOPHER HALL |
| Chief, Civil Division | Assistant Director, Federal Programs Branch |
| | |
| */s/ Benjamin S. Lyles* | */s/ Cynthia Liao* |
| BENJAMIN S. LYLES | KUNTAL CHOLERA (D.C. Bar No. 1031523) |
| Southern District No. 3062156 | Trial Attorney, Attorney in Charge |
| Texas Bar No. 24094808 | CYNTHIA LIAO (CA Bar No. 301818) |
| Assistant United States Attorney | Trial Attorney |
| Attorney in Charge | U.S. Department of Justice |
| 1701 W. Bus. Highway 83, Suite 600 | Civil Division, Federal Programs Branch |
| McAllen, TX 78501 | 1100 L. Street, NW |
| Benjamin.Lyles@usdoj.gov | Washington D.C. 20005 |
| | Kuntal.Cholera@usdoj.gov |
| | Telephone: (202) 305-8645 |
| | Cynthia.F.Liao@usdoj.gov |
| | Telephone: (202) 531-1325 |
| | Fax: (202) 616-8470 |

*Agreed/Unopposed:*

*Counsel for Plaintiff:*

*/s/ Laura Warrick (with permission)*
Laura Warrick
Attorney-in-Charge
Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse (*pro hac vice*)
Of Counsel
D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice*)
Of Counsel

D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com