United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **SPACE EXPLORATION TECHNOLOGIES CORP.**, §§§§ Plaintiff, | |
| v. §§ | **Civil Action No.** 1:23-cv-00137 |
| **CAROL BELL**, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et. al., §§§§§ Defendants. | |

# ORDER

The Court is in receipt of Defendants' "Unopposed Motion to Stay Case for 45 Days" (hereinafter, Defendants' "Unopposed Motion to Stay"). Dkt. No. 47. In light of the parties' mutual desire for a stay of this civil action for 45 days, Defendants' Unopposed Motion to Stay is **GRANTED**.

Accordingly, the Clerk of Court is **ORDERED** to **STAY** this civil action until further order of the Court. The Court will issue an order to lift the stay after **March 10, 2025**, unless the parties file a joint motion to extend the stay prior to its expiration. The parties are **ORDERED** to file a joint status report **on or by March 7, 2025**.

If any party wishes to lift the stay, they must notify the opposing party of their intent before moving to lift the stay. The parties must also confer in good faith before

either party moves to lift the stay to avoid the unnecessary filing of an opposed motion.

**SO ORDERED.**

**SIGNED** on this **24th** day of **January, 2025**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**