UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Space Exploration Technologies Corp.**, *Plaintiff*, v. **Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et al.*, *Defendants*. | Civil Action No. 1:23-cv-00137 |

**UNOPPOSED MOTION TO LIFT PRELIMINARY INJUNCTION FOR LIMITED PURPOSE**

On November 8, 2023, this Court issued a preliminary injunction order staying the administrative proceeding, *United States v. Space Exploration Techs. Corp.*, No. 2023B00082 (OCAHO filed Aug. 23, 2023), that Plaintiff is challenging in this case. *See* First Am. Compl. ¶ 2, ECF No. 31; Order at 9 (Nov. 8, 2023), ECF No. 28. The parties' cross-motions for summary judgment are currently pending before the Court. ECF Nos. 35, 36, 45, 46. On January 19, 2025, Defendants filed an Unopposed Motion to Stay Case for 45 Days to enable the Department of Justice to explore actions that could resolve this case. ECF No. 47. The Court subsequently stayed this case and ordered the parties to file a joint status report by March 7, 2025. ECF No. 48. The anticipated actions referenced below will resolve all claims in the administrative proceeding that is the subject of this lawsuit.

Defendants respectfully request that the Court lift the stay on the administrative proceeding for 30 days solely for the purpose of allowing the Department of Justice's Civil Rights Division to file a notice of dismissal of the administrative proceeding with prejudice and to allow the Office

1

of the Chief Administrative Hearing Officer to process the notice. If the administrative proceeding has been dismissed by the end of the 30-day period, Defendants will promptly move to dismiss this case on mootness grounds, and SpaceX will not oppose that relief.

Dated: February 20, 2025                          Respectfully submitted,

*Counsel for Defendants:*

| | |
|---|---|
| NICHOLAS J. GANJEI<br>United States Attorney | BRETT A. SHUMATE<br>Principal Deputy Assistant Attorney General |
| DANIEL DAVID HU<br>Chief, Civil Division | CHRISTOPHER HALL<br>Assistant Director, Federal Programs Branch |
| */s/ Benjamin S. Lyles*<br>BENJAMIN S. LYLES<br>Southern District No. 3062156<br>Texas Bar No. 24094808<br>Assistant United States Attorney<br>Attorney in Charge<br>1701 W. Bus. Highway 83, Suite 600<br>McAllen, TX 78501<br>Benjamin.Lyles@usdoj.gov | */s/ Cynthia Liao*<br>KUNTAL CHOLERA (D.C. Bar No. 1031523)<br>Trial Attorney, Attorney in Charge<br>CYNTHIA LIAO (CA Bar No. 301818)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington D.C. 20005<br>Kuntal.Cholera@usdoj.gov<br>Telephone: (202) 305-8645<br>Cynthia.F.Liao@usdoj.gov<br>Telephone: (202) 531-1325<br>Fax: (202) 616-8470 |

*Counsel for Plaintiff:*
*/s/ Laura Warrick (with permission)*
Laura Warrick
Attorney-in-Charge
Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse (*pro hac vice*)
Of Counsel
D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice*)
Of Counsel
D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com