Case 1:23-cv-00137   Document 50   Filed on 02/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Space Exploration Technologies Corp.,

*Plaintiff*,

v.

Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, *et al.*,

*Defendants*.

Civil Action No. 1:23-cv-00137

## ORDER

Defendants' Unopposed Motion to Lift Preliminary Injunction for Limited Purpose is **GRANTED.** The Court's preliminary injunction on the administrative proceeding, *United States v. Space Exploration Techs. Corp.*, No. 2023B00082 (OCAHO filed Aug. 23, 2023), shall be lifted for 30 days from the date of this Order for the limited purpose of allowing the Department of Justice's Civil Rights Division to file a notice of dismissal with prejudice and for the Office of the Chief Administrative Hearing Officer to process the notice.

Signed on this the 21st day of February, 2025.

_____
The Hon. Judge Rolando Olvera

Agreed/Unopposed:

*s/ Cynthia Liao*  
Attorney-in-Charge, Defendants

February 20, 2025  
Date

*s/ Benjamin S. Lyles*  
Attorney-in-Charge, Defendants

February 20, 2025  
Date

*/s/ Laura Warrick w/ permission*  
Attorney-in-Charge, Plaintiff

February 20, 2025  
Date