UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Space Exploration Technologies Corp.,** *Plaintiff,* v. **Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et al.,* *Defendants.* | Civil Action No. 1:23-cv-00137 |

**UNOPPOSED MOTION TO DISMISS CASE AS MOOT**

Defendants request that the Court dismiss this case as moot. Plaintiff does not oppose this motion. The Court should dismiss this case as moot for the following reasons:

1. On August 23, 2023, the Department of Justice (DOJ), Civil Rights Division filed an administrative complaint against Plaintiff with DOJ's Office of the Chief Administrative Hearing Officer (OCAHO), pursuant to 8 U.S.C. § 1324b. ECF No. 11-2.

2. Plaintiff filed this case in this Court on September 15, 2023, alleging that the administrative proceeding was unconstitutional and seeking to enjoin the proceeding. Compl., ECF No. 1. Plaintiff subsequently filed an amended complaint, which added an Administrative Procedure Act challenge to an interim final rule issued by DOJ concerning Attorney General review of ALJ decisions in § 1324b cases. First Amend. Compl. ¶¶ 80-89, ECF No. 31.

3. On November 8, 2023, this Court preliminarily enjoined the administrative proceeding. Order at 9 (Nov. 8, 2023), ECF No. 28.

1

4. The parties subsequently filed cross-motions for summary judgment. ECF Nos. 35, 36, 45, 46.

5. On February 21, 2025, the Court granted Defendants' unopposed motion to lift the preliminary injunction to allow the Civil Rights Division to dismiss its administrative complaint with prejudice. Order, ECF No. 50. The Civil Rights Division filed a notice of dismissal with OCAHO that same day.

6. On February 24, 2025, OCAHO issued an order confirming that the administrative case was dismissed with prejudice.

7. Because the administrative proceeding that Plaintiff is challenging has been dismissed with prejudice, this case "is no longer embedded in any actual controversy about the plaintiff['s] particular legal rights" and thus should be dismissed as moot. *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013) (citation and internal quotation marks omitted); *see also* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

8. Plaintiff does not oppose this motion.

Accordingly, the Court should dismiss this case as moot.

Dated:  February 28, 2025                              Respectfully submitted,

*Counsel for Defendants:*

NICHOLAS J. GANJEI                                     YAAKOV M. ROTH
United States Attorney                                 Acting Assistant Attorney General

DANIEL DAVID HU                                        CHRISTOPHER HALL
Chief, Civil Division                                  Assistant Branch Director

<div style="columns:2">

*/s/ Benjamin S. Lyles*
BENJAMIN S. LYLES
Southern District No. 3062156
Texas Bar No. 24094808
Assistant United States Attorney
Attorney in Charge
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Benjamin.Lyles@usdoj.gov

*/s/ Cynthia Liao*
KUNTAL CHOLERA (D.C. Bar No. 1031523)
Trial Attorney, Attorney in Charge
CYNTHIA LIAO (CA Bar No. 301818)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov
Telephone: (202) 305-8645
Cynthia.F.Liao@usdoj.gov
Telephone: (202) 531-1325
Fax: (202) 616-8470

</div>

*Agreed/Unopposed:*
*Counsel for Plaintiff:*

*/s/ Laura Warrick (with permission)*
Laura Warrick
Attorney-in-Charge
Texas Bar No. 24079546
Southern District of Texas Bar No. 3437415
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-4770
Facsimile: (214) 969-4343
lwarrick@akingump.com

James E. Tysse (*pro hac vice*)
Of Counsel
D.C. Bar No. 978722
Charles F. Connolly (*pro hac vice*)
Of Counsel
D.C. Bar No. 455969
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jtysse@akingump.com