UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**Space Exploration Technologies Corp.**,

*Plaintiff*,

v.

**Carol Bell, in her official capacity as Administrative Law Judge of the Office of the Chief Administrative Hearing Officer,** *et al.*,

*Defendants*.

Civil Action No. 1:23-cv-00137

**[PROPOSED] ORDER**

Defendants' Unopposed Motion to Dismiss this case as moot is **GRANTED.**

____March 3, 2025_____                    _____
Date                                          The Hon. Judge Rolando Olvera

Agreed/Unopposed:

*s/ Cynthia Liao*                             February 28, 2025
Attorney-in-Charge, Defendants                Date

*s/ Benjamin S. Lyles*                        February 28, 2025
Attorney-in-Charge, Defendants                Date

*/s/ Laura Warrick w/ permission*             February 28, 2025
Attorney-in-Charge, Plaintiff                 Date